# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

128074

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 128074
COA: 257789
Wayne CC: 03-002234

GARY COUCH,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

p1208